# United States Bankruptcy Court

## District Of Colorado

| | |
|---|---|
| In re Linda S. Russell ) | |
| ) | Case No. 13-26137-SBB |
| 6163 Devil's Head Court ) | |
| Golden, Colorado 80403 ) | Chapter 13 |
| ) | |
| Last Four Digits of Social Security Number ) | |
| 8419 ) | |

### NOTICE OF MOTION TO DISMISS

**OBJECTION DEADLINE: NOVEMBER 29, 2013**

**YOU ARE HEREBY NOTIFIED** that Linda Russell has filed a Motion to Dimsiss, with the bankruptcy court and requests the following relief: *In re Linda Russell*, Case No. 13-26137-SBB be dismissed pursuant to 11 U.S.C. § 1307(b).

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objection. The court will not consider general objections.

In the absence of a timely, substantial objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: 11/22/2013

By: /s/Dustin J. Klein  
*Counsel to* Linda Russell  
Atty. Reg. No. 45074  
1827 Federal Boulevard  
Denver, Colorado 80204  
Telephone: 800.909.3539  
Facsimile: 800.909.3734  
Email: dklein@culpepperlaw.us