# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held **Wednesday, December 4, 2013**, Before Honorable Sidney B. Brooks

| In re: | ) | |
|---|---|---|
| | ) | **Bankruptcy Case No.** |
| **LINDA SUZANNE RUSSELL** | ) | **13-26137 - SBB** |
| SS#xxx-xx-8419 | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | |

☒ Appearances:

Debtor(s),  
Chapter 13 Trustee, Sally Zeman:

Counsel:  
Counsel: William Lambert, by telephone

☒ No appearance at this hearing by either the Debtor or Debtor's counsel.

Proceedings:   **Confirmation of Debtor(s)' Chapter 13 Plan of Reorganization filed October 4, 2013 (Docket #11) and Objection(s) by Standing Chapter 13 Trustee filed October 31, 2013 (Docket #20)**

☒ Entry of appearances and statements/arguments made.

☒ The Court was advised that Debtor(s) ☐ is/are current, or ☒ is/are not current, on payments to the Chapter 13 Trustee, Sally Zeman.

☒ Evidentiary[1]

Orders:

☒ Oral findings and conclusions made of record.

☒ IT IS ORDERED as follows:

1. Based upon the statements entered on the record at the hearing, the Debtor(s)' Chapter 13 Plan of Reorganization filed October 4, 2013 (Docket #11) is **DENIED and the Debtor's Motion to Dismiss Case filed on November 22, 2013 (Docket #23) is hereby GRANTED.**

2. Objection(s) to confirmation is/are hereby **deemed MOOTED**.

   IT IS THEREFORE ORDERED that sanctions in the amount of $200.00 are hereby imposed against Dustin Klein, counsel for the Debtor, for his failure to appear at this duly scheduled hearing or otherwise advise this Court as to his non-appearance at this hearing. Said sum shall be remitted directly to the Faculty of Federal Advocates **on or before December 18, 2013**. Mr. Klein shall notify the Court, in writing, of compliance with this Order Imposing Sanctions and the Judgment at the time of remittance.

FOR THE COURT:  
*Kelly J. Sweeney, Acting Clerk*

By: /s/ A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes.