UNITED STATES BANKRUPTCY COURT
District of Colorado

In re: Linda Suzanne Russell
     Debtor(s)

Case No.: 13-26137-SBB
Chapter: 13

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 12/4/2013:

IT IS THEREFORE ORDERED that sanctions in the amount of $200.00 are hereby imposed against Dustin Klein, counsel for the Debtor, for his failure to appear at the duly scheduled hearing or otherwise advise the Court as to his non-appearance at the hearing. Said sum shall be remitted directly to the Faculty of Federal Advocates on or before December 18, 2013. Mr. Klein shall notify the Court, in writing, of his compliance with this Order and the Judgment on or before December 18, 2013.

FOR THE COURT:
Kelly J. Sweeney, Acting Clerk