# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Honorable Sidney B. Brooks

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case No.** |
| **LINDA SUZANNE RUSSELL** | ) | **13-26137 - SBB** |
| SS#xxx-xx-8419 | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |

## ORDER DISMISSING CHAPTER 13 CASE PRIOR TO CONFIRMATION OF PLAN

THIS MATTER came before the Court for a hearing on Wednesday, December 4, 2013, regarding confirmation of Debtor(s)' Chapter 13 Plan of Reorganization and Objections thereto. In accordance with the findings of the Court entered on the record at the hearing, the Court

DOES FIND as follows:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.
2. No plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED as follows:

1. The within case is hereby DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties-in-interest within **fourteen days**.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under Section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under Section 510(c)(2), 522(i)(2), or 551 of Title 11 is reinstated; any lien voided under Section 506(d) of Title 11 is reinstated; and any order, judgment, or transfer ordered under Section 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor(s) as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Payments made by the Debtor(s) shall be retained by the Trustee pending payment of claims allowed under Section 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

   a. Any request for allowance of a Section 503(b) claim shall conform with 11 U.S.C. § 503 and Rules 9013, 9014 and 2002, Fed.R.Bankr.P., and be filed **after 14 days but within 21 days of the date of this Order**.

    b.    **Within 30 days after determination** of the last request, if any, for allowance of Section 503(b) claims, the Trustee shall pay all fees imposed by statute and all allowed section 503(b) claims from the Debtor(s)' payments and return any surplus to the Debtor(s).

Dated: Wednesday, December 4, 2013

                                      BY THE COURT

                                      */s/ Sid Brooks*

                                      Sidney B. Brooks,
                                      United States Bankruptcy Judge