# United States Bankruptcy Court

## District Of Colorado

In re Linda S. Russell )
) Case No. <u>13-26137-SBB</u>
6163 Devil's Head Court )
Golden, Colorado 80403 ) Chapter 13
)
Last Four Digits of Social Security Number )
8419 )

### NOTICE OF COMPLIANCE WITH ORDER IMPOSING SANCTIONS

I, Dustin J. Klein, am writing this to notify the Court of my compliance with the Order and Judgment of sanctions against me for failing to appear at a scheduled hearing by submitting the amount of $200.00 to the Faculty of Federal Advocates.

I am profusely apologetic for my absence; I was operating under a misunderstanding of what the Chapter 13 Trustee had told me. I spoke with the Trustee prior to the hearing, and I believed from our conversation that the unopposed Motion to Dismiss would be accepted by the Court via filing, and that no follow-up documentation would be necessary. I meant no disrespect to the Court or to my colleague, the Trustee, by failing to understand that my appearance would still be required. I mistakenly thought that because we filed the Motion to Dismiss, the matter was disposed of.

Dated: December 11, 2013

By: /s/ Dustin Klein
*Counsel to* Linda Russell
Atty. Reg. No. 45074
1827 Federal Boulevard
Denver, Colorado 80204
Telephone: 800.909.3539
Facsimile:  800.909.3734
Email:      dklein@culpepperlaw.us

**THE CULPEPPER LAW FIRM, P.C.**  
1776 S Jackson St. Ste 105  
Denver, Colorado 80210  
(800) 909-3539  
www.culpepperlaw.us

JPMorgan Chase Bank, N.A.  
www.Chase.com

23-101/1020

13187

12/10/2013

PAY TO THE ORDER OF Faculty of Federal Advocates        $ 200.00

Two Hundred and no/1 -------- DOLLARS

MEMO Case #13-26137 SBB / Austin Klein - Sanctions

AUTHORIZED SIGNATURE    MP

⑉013187⑉ ⑈102001017⑈ 3060754592⑉

THE CULPEPPER LAW FIRM, P.C.                                    13187

THE CULPEPPER LAW FIRM, P.C.                                    13187

PAYMENT RECORD

13272PR                            www.checksforless.com 800-245-5775   Order # 1138017-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

In re: )
)   Bankruptcy Case No.
LINDA SUZANNE RUSSELL, )   13-26137-SBB
SS# XXX-XX-8419, )   Chapter 13
)
Debtor. )

## ORDER IMPOSING SANCTIONS

THIS MATTER comes before the Court on December 4, 2013 for a non-evidentiary hearing regarding confirmation of the Debtor's Chapter 13 Plan filed October 4, 2013 (Docket #11) and the Objection thereto filed by the Chapter 13 Trustee on October 31, 2013 (Docket #20). The Court, having reviewed the file, heard representations from counsel, and convened a hearing,

DOES FIND that notice of the plan confirmation hearing and related deadlines was proper and sufficient. Nevertheless, counsel for the Debtor, Dustin Klein, did not appear at the scheduled hearing or otherwise advise this Court as to hin non-appearance at this hearing.

IT IS THEREFORE ORDERED that sanctions in the amount of $200.00 are hereby imposed against Dustin Klein, counsel for the Debtor, for his failure to appear at the duly scheduled hearing or otherwise advise the Court as to his non-appearance at the hearing. Said sum shall be remitted directly to the Faculty of Federal Advocates on or before **December 18, 2013**. Mr. Klein shall notify the Court, in writing, of his compliance with this Order and the Judgment on or before December 18, 2013.

IT IS FURTHER ORDERED that further failure to comply with, or otherwise respond to this Order, or to appear at any future hearings, may result in further imposition of sanctions, if warranted and appropriate.

Dated this 4th day of December, 2013.

BY THE COURT:

*Sid Brooks*
Sidney B. Brooks,
United States Bankruptcy Judge

The Culpepper Law Firm, PC
1827 Federal Blvd.
Denver, CO 80204

Faculty of Federal Advocates
P.O. Box 12025
Denver, CO 80212-0025



